**Dismissed and Memorandum Opinion filed November 26, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00660-CV

---

### JUSTIN K. STIEBEL, Appellant

### V.

### JAMES RIGGS, Appellee

---

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1138249**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed August 27, 2019. The clerk's record was filed September 6, 2019. No brief was filed.

On October 15, 2019, this court issued an order stating that unless appellant filed a brief on or before November 6, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.